UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

MAR 0 2 2006

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.    Case No. 3:05-cr-53-J-20MCR

JOHN CHARLES MERRETT

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Indictment in the above-captioned case, the United States of America sought forfeiture, pursuant to 21 U.S.C. 853, of property constituting and derived from any proceeds Defendant John Charles Merrett received, directly or indirectly as a result of his narcotics violations, or property which the Defendant used to facilitate his narcotics violations; and

WHEREAS, on March 10, 2005, the United States filed its Bill of Particulars (Dkt. 129) alleging that the real property located at 2059 Farley Burnsed Road, St. George, Georgia (hereinafter "real property"), was subject to forfeiture based on the allegations in Count One through Count Eight of the Indictment; and

WHEREAS, the Defendant has pled guilty to Count One of the Indictment charging him with conspiracy to distribute methamphetamine, the amount of the methamphetamine being 50 grams or more, and marihuana, the amount of the marihuana being 100 kilograms or more, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A) and 841(b)(1)(B); and

WHEREAS, the Plea Agreement provides the requisite nexus for forfeiture of the real property that the Defendant agreed to forfeit, pursuant to 21 U.S.C. § 853. The

United States, on February 17, 2006, filed its motion and brief for the issuance of a Preliminary Order of Forfeiture (Dkt. 411). Accordingly, it is hereby

ORDERED and ADJUDGED that the motion (Dkt. 411), is hereby **GRANTED**, and that all right, title and interest of the Defendant in the real property is hereby forfeited to the United States of America.

That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853(a)(1), in which the interest of all parties will be addressed.

DONE and ORDERED in Jacksonville, Florida, this 2nd day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record