**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FILED

2006 MAR 14 A 8:48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                            Case No. 3:05-cr-53-J-20MCR

JOHN CHARLES MERRETT
_____/

## ORDER

It has come to the attention of the Court that an error was made in the pre-sentence investigation report for the above-named Defendant, which makes it necessary for the Court to amend the Judgment in a Criminal Case (Doc. No. 443, filed March 3, 2006). Therefore, an amended Judgment will immediately follow this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 13 day of March, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
D. Rodney Brown, Esq.
Daniel A. Smith, Esq.
U.S. Marshal
U.S. Probation
U.S. Bureau of Prisons