FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 NOV 27 A 8: 20

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.  Case No. 3:05-cr-53-J-20MCR

JOHN CHARLES MERRETT

## FINAL JUDGMENT OF FORFEITURE

This matter is before the Court upon the Motion and Memorandum of the United States for Issuance of a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853, as to the real property located at 2059 Farley Burnsed Road, St. George, Georgia (hereinafter "real property"), more particularly described as follows:

> All that certain tract or parcel of land lying and being in the First Land District, Land Lot No. 409 Charlton County, Georgia, and being more particularly described as follows: Commence for point of reference at the lot corner common to Land Lots 397, 398, 409 and 410. Thence run S 13 degrees 00 minutes West for a distance of 2,129.70 feet to a point; thence run South 85 degrees 59 minutes West for a distance of 203.15 to a point; thence run North 86 degrees 25 minutes West for a distance of 874.96 feet to a point; thence run South 84 degrees 20 minutes West for a distance of 346.63 feet to a point; thence run South 80 degrees 44 minutes West 321.44 feet to a POINT OF BEGINNING; thence run South 13 degrees 00 minutes West for a distance of 650.00 feet to a point; thence run North 82 degrees 36 minutes East for a distance of 667.70 feet to a point; thence run South 07 degrees 24 minutes East for a distance of 558.00 feet to a point; thence run South 82 degrees 36 minutes West for a distance of 1,096.00 feet to the centerline of Sparkman Creek, thence run in a Northerly

direction for a distance of 1,619.91 feet along the centerline of the said creek, according to the plat, to a point in the centerline of the graded road; thence run South 74 degrees 22 minutes East for a distance of 675.60 feet to a point; thence run North 80 degrees 44 minutes East for a distance of 113.46 feet to the point of beginning. Said tract contains a total of 24.63 acres, more or less, according to the said plat. Said tract being more particularly described by survey made by Sidney L. Gowen, Charlton County, Georgia, surveyor as recorded in <u>Plat Book C</u>, at Page 7 in the public land records of Charlton County, Georgia, reference to said plat and the recording thereof being made for descriptive and all other purposes. Subject to a 30 foot easement (or public right of way) across the Northerly 30 foot said parcel.

WHEREAS, on March 2, 2060, the Court entered a Preliminary Order of Forfeiture, forfeiting all right, title and interest of Defendant John Charles Merrett in the real property (Dkt. 442); and

WHEREAS, on April 6, 2006, the United States Marshals Service effected seizure of the real property by posting the Preliminary Order of Forfeiture upon the real property (Dkt. 487); and

WHEREAS, the United States published its Notice of Forfeiture in the <u>Charlton County Herald</u>, which is a newspaper of general circulation in Charlton County, Georgia, on August 23, 30 and September 6, 2006 (Dkt. 513); and in the <u>Financial News & Daily Record</u>, which is a newspaper of general circulation in Duval County, Florida, on September 12, 19 and 26, 2006 (Dkt. 521);and

WHEREAS, on March 6, 2006, the United States attempted to notify Tina Marie Merrett of its Notice of Forfeiture via regular and certified mail; however, delivery of the certified mail was returned as "unclaimed" by the U.S. Postal

Service and the notice sent via regular U.S. Mail has not been returned as undeliverable to the United States; and

WHEREAS, the Charlton County Tax Commissioner was notified of the United States Notice of Forfeiture and on April 10, 2006, the Charlton County Tax Commissioner filed a Petition for Ad Valorem Taxes due and owing (Dkt. 482); and

WHEREAS, on June 9, 2006, the United States, the Charlton County Tax Commissioner, and Charlton County, through counsel for Charlton County, Edmund H. Skorupski, entered into a Stipulation for Conveyance of Approximately 50' of Real Property Located at 2059 Farley Burnsed Road, St. George, Charlton County, Georgia and Hold Harmless Agreement (Dkt. 494); and

WHEREAS, pursuant to the Stipulation and Hold Harmless Agreement, the Tax Commissioner has withdrawn its Petition (Dkt. 482); and

WHEREAS, the United States has no knowledge of any other potential third party claimants, no other claims have been filed as to the real property, and the time for filing such claims has expired; and

WHEREAS, on October 30, 2006, the United States filed its Motion and Memorandum of the United States for Issuance of a Final Judgment of Forfeiture (Dkt. 522). Accordingly, after due consideration and the finding of the Court that the United States has established the requisite nexus for forfeiture of the real

property pursuant to 21 U.S.C., § 853, for violations of 21 U.S.C. §§ 846, 841(b)(1)(A) and 841(b)(1)(B), it is HEREBY

ORDERED and ADJUDGED that the motion (Dkt. 522) is hereby **GRANTED** and that the real property be, and hereby is, forfeited to the United States of America. It is further

ORDERED that the United States Marshal Service shall make appropriate disposition of the real property in accordance with the law, and in accordance with the terms of the Stipulation and Hold Harmless Agreement (Dkt. 494).

DONE and ORDERED in Jacksonville, Florida, this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

4